**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICHOLAS E. DEAN, | ) NO. CV 10-04968 CAS (SS) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| DOMINGO URIBE, Warden, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: September 14, 2010

_Christine A. Snyde_
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE